```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff;<br><br>  vs.<br><br>The Tom Yancey Company, et al,<br><br>      Defendants | Case No. **2:12-cv-01888-JAM-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS SO ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 10/11/2012

                                 /s/ John A. Mendez_____
                                 U. S. District Court Judge